# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

THOMAS SPEAR,

    Plaintiff,

v.

CITY NORTH LAS VEGAS, *et al.*,

    Defendants.

Case No. 2:06-CV-00264-KJD-VCF

**ORDER**

    The Court has been informed that the parties in this case have settled.  Accordingly, the deadline to file the Joint Pretrial Order is reset from January 3, 2012 to February 3, 2012, to permit the parties time to file a stipulation for dismissal, obviating the need for a Joint Pretrial Order.

IT IS SO ORDERED.

    DATED this 20th day of December 2011.

_____
Kent J. Dawson
United States District Judge