Robert W. Freeman, Jr., Esq.
Nevada Bar No. 003062
FREEMAN & ASSOCIATES
1060 Wigwam Parkway
Henderson, Nevada 89074
(702) 990-4913
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## STATE OF NEVADA

* * * * *

| | |
|---|---|
| THOMAS SPEAR, LINDA SPEAR, and KRISTY LYNN GRIDER formerly known as KRISTY LYNN SPEAR,<br><br>    Plaintiffs,<br>vs.<br><br>CITY OF NORTH LAS VEGAS, a corporate City of the State of Nevada; the NORTH LAS VEGAS POLICE DEPARTMENT, an entity of the CITY OF NORTH LAS VEGAS; OFFICER TAYLOR, SGT. CHRISTOPHER CORRADO, individually, and in his official capacity; OFFICER TRAVIS SNYDER, individually, and in his official capacity; SGT. MICHAEL WALLER, individually and in his official capacity; CAPTAIN JOSEPH CHRONISTER, individually and in his official capacity; CAPTAIN ANTHONY SCOTT, individually and in his official capacity; LT. MICHAEL KINCAID, individually and in his official capacity; SGT. RANDY CARTER, individually and in his official capacity; OFFICER JENNIFER HURLEY, individually and in her official capacity; OFFICER CARRIE McCLOUD, individually and in her official capacity; OFFICER JAMES BROWN, individually and in his official capacity; DET. SUSAN SCHAAF-WHITE; individually and in her official capacity; OFFICER BRUCE REEVES, individually and in his official capacity; DOE OFFICERS I through X, individually, and in their official capacity; DOES XI through XX, inclusive,<br>    Defendants. | Case No.: 2:06-cv-00264-KJD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

FREEMAN & ASSOCIATES
1060 Wigwam Parkway
Henderson, Nevada 89074
Telephone (702) 309-3333

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and their respective counsel of record, and upon the representation having been made that all claims have been settled.

IT IS FURTHER STIPULATED AND AGREED that the above-entitled action may be dismissed with prejudice, each party to bear its own costs and attorney fees.

DATED this 17 day of JAN, 2012.           DATED this 17 day of JAN, 2012.

FREEMAN & ASSOCIATES                       E. BRENT BRYSON, LTD.

_/s/ Robert W. Freeman_                    _/s/ E. Brent Bryson_

Robert W. Freeman, Jr., Esq.               E. Brent Bryson, Esq.
Nevada Bar No. 3062                        Nevada Bar No. 4933
1060 Wigwam Parkway                        3202 West Charleston Blvd.
Henderson, Nevada 89074                    Las Vegas, Nevada 89101
Attorney for Defendants                    Attorney for Plaintiff

### ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: January 17, 2012

FREEMAN & ASSOCIATES
1060 Wigwam Parkway
Henderson, Nevada 89074
Telephone (702) 309-3333